IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEE E. PRICE, III, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:22-CV-311-WHA-CSC |
| JAMES BRAZIER, et al., | ) |
| Defendants. | ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on July 12, 2022. Doc. 26. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that Plaintiff's motion for preliminary injunction (*see* Doc. 1) is DENIED AS MOOT.

This case is referred back to the Magistrate Judge for further proceedings.

Done, this 4th day of August 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE